## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. TRANSIT CASUALTY COMPANY.

### No. 14229.

United States Court of Appeals Eighth Circuit.

Nov. 1, 1950.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

John O. Hichew, St. Louis, Mo., for respondent.

### PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.

## Walter Francis John SHELLEY, Petitioner, v. RAILROAD RETIREMENT BOARD, Respondent.

### No. 12411.

United States Court of Appeals Ninth Circuit.

Nov. 9, 1950.

Myles F. Gibbons Gen. Coun., David B. Schreiber, Associate Gen. Coun., Chicago, Ill. (Louis Turner, Ben Diamond, Attorneys, R. R., Ret. Bd., Chicago, Ill., of counsel), for respondent.

Before STEPHENS, BONE and ORR, Circuit Judges.

### PER CURIAM.

It appearing that the petition for review in this case is based upon a decision of an intermediate administrative body entitled Appeals Council and not upon an order of the United States Railroad Retirement Board which is an independent agency in the executive branch of the United States Government, Section 10(a) Railroad Retirement Act 1937, 50 Stat. 314, 45 U.S.C.A. § 228j(a), and it further appearing that review can be had only from a decision of the Board the proceeding must be and is dismissed.

Petition dismissed.

## UNITED STATES of America, Appellant v. E. D. ARMSTRONG, Administrator of the Estate of Robert M. Armstrong, deceased, Appellee.

### No. 10757.

United States Court of Appeals Sixth Circuit.

Nov. 6, 1950.

N. Vaden, U. S. Atty., Memphis, Tenn., for appellant.

John Brown, Edward N. Vaden, Memphis, Tenn., Newell A. Clapp, H. G. Morison, and Morton Hollander, Washington D. C., John R. Gilliland, Memphis, Tenn., J. C. Rutschman, Jr., Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

### PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, and upon consideration thereof it appears to the court that there is no reversible error upon the record.

It is therefore ordered and adjudged that the judgment entered in the District Court and herein appealed from be and the same is in all things affirmed.